IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LEMUEL FRED HENTZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-174-AS |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SHERRI HOLMAN, Law Library Coordinator, Eastern Oregon Correctional Institution, sued in her individual and official capacities; ET AL., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Lemuel Fred Hentz
SID #6750414
2500 Westgate
Pendleton, OR  97801

   Plaintiff Pro Se

Jacqueline Sadker
Leonard W. Williamson
STATE OF OREGON DEPARTMENT OF JUSTICE
Trial Division - Corrections Litigation
1162 Court Street, N.E.
Salem, OR  97301

   Attorneys for Defendants

JONES, Judge:

Magistrate Judge Donald C Ashmanskas filed Findings and Recommendation (#54) on September 27, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Ashmanskas's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#54) dated September 27, 2007, in its entirety. Defendants' motion (#32) for summary judgment is granted and this matter is dismissed. In addition, plaintiff's motion (#3) as amended (#14), for preliminary injunction is denied.

IT IS SO ORDERED.

DATED this 7th day of January, 2008.

    /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge

2 - ORDER